1042

[No. 21511-0-II.    Division Two.    May 1, 1998.]

JAMES R. DALY, *as Trustee, Respondent*, v. BRADLEY K.
HUGHES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-2-00113-5, Kenneth D. Williams, J., entered December 19, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.


[No. 21620-5-II. ·    Division Two.    May 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VANESSA A.
TRUDELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-8-01521-0, Gary Tabor, J., entered January 28, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.


[No. 21681-7-II.    Division Two.    May 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERI L.
DENHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00657-1, Jay B. Roof, J., entered February 7, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.


[No. 39334-1-I.    Division One.    May 4, 1998.]

WILLIAM HOUCK, *Respondent*, v. FARMERS GROUP, INC., ET
AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-02149-2, Jim Bates, J., entered August 9, 1996. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Cox, JJ.